# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AXALTA COATING SYSTEMS, LLC, <br> Plaintiff, <br> <br> v. <br> <br> PLATINUM COLLISION CENTER, <br> LLC d/b/a ACE AUTOBODY & <br> MOTORSPORTS, <br> Defendant. | Civil No. 2:20-cv-00506-JMG |

## ORDER

**AND NOW**, this 23rd day of June, 2021, upon consideration of Plaintiff's Motion for Entry of Default Judgment against Defendant (ECF No. 8), and for the reasons set forth in accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion is **GRANTED**;

2. Judgment is entered in favor of Plaintiff against Defendant for $187, 890.72 in damages, plus interest, pursuant to the Agreement between the Parties; and

3. Judgment is entered in favor of Plaintiff against Defendant for $26, 789.07 in reasonable attorney's fees and costs, pursuant to the Agreement between the Parties.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge